# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ray, J. Thomas | U. S. District Court - ED AR | 08/04/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. Magis. Judge - Full Time | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☑ Amended Report | 1/1/2015 to 12/31/2015 |

**7. Chambers or Office Address**

Richard Sheppard Arnold United States Courthouse
500 West Capitol, Room D 144
Little Rock, AR 72201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Rollover IRA |
| 2. Trustee | IRA #1 |
| 3. Trustee | Inherited IRA (X) |
| 4. Trustee | Trust #1 |
| 5. Trustee | Trust #2 |
| 6. Trustee | Trust #3 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 08/04/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 08/04/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | FLC | Note and Mortgage on Rental Prop., Pulaski County, AR (Pt. VII, Line 65) | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Agios C.S. | | None | J | T | Buy | 12/07/15 | J | | |
| 2. Alexion C.S. | | None | K | T | Buy | 05/06/15 | K | | |
| 3. Arch Coal C.S. | A | Dividend | | | Sold | 02/09/15 | J | | |
| 4. Bank of America C.S. | A | Dividend | K | T | | | | | |
| 5. Barrick Gold C.S. | A | Dividend | K | T | Sold (part) | 11/03/15 | J | | |
| 6. Berkshire Hathaway (B) C.S. | | None | M | T | | | | | |
| 7. Biogen C.S. | | None | L | T | Buy | 10/13/15 | L | | |
| 8. BP PLC ADR | B | Dividend | K | T | | | | | |
| 9. Bristol Meyers C.S. | A | Dividend | K | T | | | | | |
| 10. Celgene C.S. | | None | K | T | Buy | 11/13/15 | K | | |
| 11. Cenovus Energy Inc. C.S. | B | Dividend | K | T | | | | | |
| 12. Chevron C.S. | C | Dividend | M | T | | | | | |
| 13. Cisco C.S. | A | Dividend | K | T | Sold (part) | 02/06/15 | K | C | |
| 14. Corning C.S. | B | Dividend | M | T | Sold (part) | 01/26/15 | L | E | |
| 15. Conoco Phillips C.S. | C | Dividend | M | T | | | | | |
| 16. Diamond Offshore Drilling C.S. | A | Dividend | | | Sold | 10/14/15 | J | | |
| 17. Dow Chemical Co. C.S. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 08/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Eli Lilly C.S. | D | Dividend | N | T | | | | | |
| 19. Encana Corp. C.S. | A | Dividend | K | T | | | | | |
| 20. Exelis Inc. C.S. | A | Dividend | | | Sold | 04/21/15 | L | E | |
| 21. Exxon Mobil Corp. C.S. | D | Dividend | N | T | | | | | |
| 22. Fairfax Financial Hldgs C.S. | C | Dividend | N | T | | | | | |
| 23. Freeport McMorran C.S. | A | Dividend | K | T | Sold (part) | 11/03/15 | J | | |
| 24. Gilead, C.S. | A | Dividend | K | T | Buy | 02/05/15 | K | | |
| 25. HP Inc., C.S. | B | Dividend | K | T | | | | | |
| 26. Hewlett Packard ENTE, C.S. | A | Dividend | K | T | Spinoff (from line 25) | 12/01/15 | K | | |
| 27. Intel C.S. | B | Dividend | L | T | | | | | |
| 28. J P Morgan Chase C.S. | B | Dividend | L | T | | | | | |
| 29. Johnson & Johnson C.S. | D | Dividend | N | T | | | | | |
| 30. Leucadia Corp. C.S. | A | Dividend | | | Sold | 09/23/15 | K | | |
| 31. Lexmark Intl Inc. C.S. | A | Dividend | J | T | Sold (part) | 01/27/15 | K | D | |
| 32. Medivation Inc., C.S. | | None | K | T | Buy | 07/10/15 | K | | |
| 33. Merck & Co. Inc. C.S. | D | Dividend | N | T | | | | | |
| 34. MFC Industries C.S. | A | Dividend | | | Sold | 11/03/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 08/04/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. National Oilwell Varco C.S. | A | Dividend | K | T | Buy | 12/15/15 | K | | |
| 36. Newmont Mining C.S. | A | Dividend | K | T | | | | | |
| 37. Nokia C.S. | A | Dividend | | | Sold | 01/26/15 | K | E | |
| 38. Peabody Energy Corp. C.S. | A | Dividend | J | T | | | | | |
| 39. Permian Basin Trust C.S. | B | Dividend | J | T | Sold (part) | 12/21/15 | J | | |
| 40. Pfizer Inc. C.S. | C | Dividend | L | T | | | | | |
| 41. Phillips 66 C.S. | C | Dividend | M | T | | | | | |
| 42. Precision Drilling C.S. | A | Dividend | J | T | | | | | |
| 43. Rio Tinto ADR | A | Dividend | J | T | | | | | |
| 44. Roche ADR | A | Dividend | J | T | | | | | |
| 45. Sanofi Aventis C.S. | C | Dividend | L | T | | | | | |
| 46. Seacor Holdings C.S. | | None | K | T | | | | | |
| 47. Stryker Corp. C.S. | A | Dividend | K | T | | | | | |
| 48. Teck Resources C.S. | A | Dividend | J | T | | | | | |
| 49. Tejon Ranch Co. C.S. | | None | J | T | | | | | |
| 50. Thompson Creek Metals C.S. | | None | | | Sold | 11/03/15 | J | | |
| 51. Transocean Inc. C.S. | A | Dividend | | | Sold | 11/03/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 08/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Tsakos C.S. | B | Dividend | K | T | | | | | |
| 53. Vale ADR | A | Dividend | J | T | | | | | |
| 54. Valero Energy C.S. | D | Dividend | M | T | | | | | |
| 55. Wells Fargo C.S. | B | Dividend | L | T | | | | | |
| 56. Weyerhauser Co C.S. | A | Dividend | J | T | | | | | |
| 57. Fort Smith WTR Bond | B | Interest | | | Redeemed | 10/01/15 | K | A | |
| 58. UCA Rev. Bond | B | Interest | L | T | | | | | |
| 59. Money Market (Cash Equivalents) | A | Interest | L | T | | | | | |
| 60. | | | | | | | | | |
| 61. ORI/Acadia & Ver. Par., LA; McGowan Inc.; Zachry Exploration | F | Royalty | N | W | | | | | |
| 62. ORI/Regan County, TX/Pioneer Natural Resources | A | Royalty | K | W | | | | | |
| 63. W/I; Acadia & Vermillion Par., LA; McGowan Inc. | F | Royalty | N | W | | | | | |
| 64. ORI/Acadia Par., LA; Zachry Exploraton (X) | E | Royalty | N | W | | | | | |
| 65. Rental Property (Pulaski County, AR) | D | Rent | N | W | | | | | |
| 66. | | | | | | | | | |
| 67. Rollover IRA | E | Dividend | P1 | T | | | | | |
| 68. - Money Market (Cash Equivalents) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 08/04/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Acadia Pharmaceuticals C.S. | | | | | Sold | 07/20/15 | J | D | |
| 70. - Agios C.S. | | | | | Buy | 12/07/15 | J | | |
| 71. - Amgen C.S. | | | | | | | | | |
| 72. - Arch Coal C.S. | | | | | Sold | 02/06/15 | J | | |
| 73. - Bank of America. C.S. | | | | | | | | | |
| 74. - Barrick Gold Corp. C.S. | | | | | | | | | |
| 75. - Berkshire Hathaway (B) C.S. | | | | | | | | | |
| 76. - Biogen C.S. | | | | | Buy | 10/13/15 | L | | |
| 77. - BP ADR | | | | | | | | | |
| 78. - Celgene C.S. | | | | | | | | | |
| 79. - Chevron C.S. | | | | | | | | | |
| 80. - Conoco Phillips C.S. | | | | | | | | | |
| 81. - Encana Corp C.S. | | | | | | | | | |
| 82. - Exxon C.S. | | | | | | | | | |
| 83. - Freeport McMoran C.S. | | | | | | | | | |
| 84. - General Electric Co. C.S. | | | | | | | | | |
| 85. - Gilead Sciences Inc. C.S. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 08/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - J.P. Morgan C.S. | | | | | | | | | |
| 87. - Johnson & Johnson C.S. | | | | | | | | | |
| 88. - Kinder Morgan Inc. C.S. | | | | | | | | | |
| 89. - Merck & Co. Inc. C.S. | | | | | | | | | |
| 90. - Medivation C.S. | | | | | | | | | |
| 91. - Pfizer Inc. C.S. | | | | | | | | | |
| 92. - Phillips 66 C.S. | | | | | | | | | |
| 93. - Rio Tinto ADR | | | | | Sold | 04/28/15 | K | A | |
| 94. - Roche Hldg ADR | | | | | | | | | |
| 95. - Sanofi Aventis C.S. | | | | | | | | | |
| 96. - Schlumberger C.S. | | | | | | | | | |
| 97. - Seattle Genetics Inc. C.S. | | | | | Sold | 05/28/15 | K | C | |
| 98. - Stemline Therapeutics C.S. | | | | | | | | | |
| 99. - Stryker C.S. | | | | | Sold | 08/07/15 | K | E | |
| 100. - Total ADR | | | | | Sold | 04/22/15 | K | C | |
| 101. - Transocean Inc. C.S. | | | | | | | | | |
| 102. - Wells Fargo & Co. C.S. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 08/04/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | | | | | |
| 104.  IRA #1 | C | Dividend | N | T | | | | | |
| 105.  - Agios C.S. | | | | | Buy | 12/07/15 | J | | |
| 106.  - Amgen Inc. C.S. | | | | | | | | | |
| 107.  - Bank of America C.S. | | | | | | | | | |
| 108.  - Barrick Gold Corp. C.S. | | | | | | | | | |
| 109.  - Berkshire Hathaway (B) C.S. | | | | | | | | | |
| 110.  - BP PLC C.S. | | | | | | | | | |
| 111.  - Celgene C.S. | | | | | | | | | |
| 112.  - Conoco C.S. | | | | | | | | | |
| 113.  - Dow Chemical Co C.S. | | | | | | | | | |
| 114.  - Exxon Mobil C.S. | | | | | | | | | |
| 115.  - Freeport McMoran | | | | | | | | | |
| 116.  - Gilead Sciences Inc. C.S. | | | | | | | | | |
| 117.  - Johnson & Johnson C.S. | | | | | | | | | |
| 118.  - J.P. Morgan Chase C.S. | | | | | | | | | |
| 119.  - Merck C.S. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 08/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Phillips 66 C.S. | | | | | | | | | |
| 121. - Pfizer C.S. | | | | | | | | | |
| 122. - Seattle Genetics Inc. C.S. | | | | | Sold | 06/01/15 | J | B | |
| 123. - Stemline Therapeutics C.S. | | | | | Buy | 12/16/15 | J | | |
| 124. - Transocean Inc. C.S. | | | | | | | | | |
| 125. - Whiting Petroleum | | | | | Buy | 12/16/15 | J | | |
| 126. - Money Market (Cash Equivalents) | | | | | | | | | |
| 127. | | | | | | | | | |
| 128. Inherited IRA (X) | B | Dividend | M | T | | | | | |
| 129. - AbbVie Inc. C.S. (X) | | | | | | | | | |
| 130. - Agios C.S. (X) | | | | | | | | | |
| 131. - Alexion C.S. (X) | | | | | | | | | |
| 132. - Berkshire Hathaway C.S. (X) | | | | | | | | | |
| 133. - Biogen Inc. C.S. (X) | | | | | | | | | |
| 134. - Celgene C.S. (X) | | | | | | | | | |
| 135. - Chevron C.S. (X) | | | | | | | | | |
| 136. - Coca Cola C.S. (X) | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 08/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Conoco Phillips C.S. (X) | | | | | | | | | |
| 138. - Diageo PLC ADR (X) | | | | | | | | | |
| 139. - Gilead Science Inc. C.S. (X) | | | | | | | | | |
| 140. - Honeywell Inc. C.S. (X) | | | | | | | | | |
| 141. - Johson & Johnson C.S. (X) | | | | | | | | | |
| 142. - Medivation Inc. C.S. (X) | | | | | | | | | |
| 143. - Merck C.S. (X) | | | | | | | | | |
| 144. - Mondelez C.S. (X) | | | | | | | | | |
| 145. - Occidental C.S. (X) | | | | | | | | | |
| 146. - Pfizer C.S. (X) | | | | | | | | | |
| 147. - Proctor & Gamble C.S. (X) | | | | | | | | | |
| 148. - Time Warner Inc. C.S. (X) | | | | | | | | | |
| 149. - Wells Fargo & Co. C.S. (X) | | | | | | | | | |
| 150. - Whiting Petroleum C.S. (X) | | | | | | | | | |
| 151. - Dodge & Cox Intl. Stock M.F. (X) | | | | | | | | | |
| 152. - Matthews Pacific Tiger M.F. (X) | | | | | | | | | |
| 153. - Pimco Commodities Plus M.F. (X) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 08/04/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Preimcap Odyssey Stock M.F. (X) | | | | | | | | | |
| 155. - T. Rowe Price Overseas M.F. (X) | | | | | | | | | |
| 156. - Money Market (Cash Equivalents) (X) | | | | | | | | | |
| 157. | | | | | | | | | |
| 158. IRA #2 | C | Dividend | N | T | | | | | |
| 159. - Amgen Inc. C.S. | | | | | | | | | |
| 160. - Bank of America C.S. | | | | | | | | | |
| 161. - Barrick Gold Corp. C.S. | | | | | | | | | |
| 162. - Berkshire Hathaway (B) C.S. | | | | | | | | | |
| 163. - Celgene C.S. | | | | | | | | | |
| 164. - Conoco C.S. | | | | | | | | | |
| 165. - Exxon C.S. | | | | | | | | | |
| 166. - Freeport McMoran Inc. C.S. | | | | | Sold | 12/08/15 | J | | |
| 167. - Gilead Sciences Inc. C.S. | | | | | | | | | |
| 168. - Johnson & Johnson C.S. | | | | | | | | | |
| 169. - Merck C.S. | | | | | | | | | |
| 170. - Pfizer Inc. C.S. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 08/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - Seattle Genetics Inc. C.S. | | | | | Sold | 06/01/15 | J | B | |
| 172. - Transocean Inc. C.S. | | | | | Sold | 12/08/15 | J | | |
| 173. - Money Market (Cash Equivalents) | | | | | | | | | |
| 174. | | | | | | | | | |
| 175. Trust #1 | C | Dividend | N | T | | | | | |
| 176. - Amgen Inc. C.S. | | | | | | | | | |
| 177. - Bank of America C.S. | | | | | | | | | |
| 178. - Barrick Gold Corp. C.S. | | | | | | | | | |
| 179. - Berkshire Hathaway C.S. | | | | | Buy | 09/01/15 | J | | |
| 180. - Biogen C.S. | | | | | Buy | 10/13/15 | K | | |
| 181. - Celgene C.S. | | | | | | | | | |
| 182. - Chevron C.S. | | | | | Buy | 08/21/15 | K | | |
| 183. - Conoco Phillips C.S. | | | | | | | | | |
| 184. - Gilead Sciences Inc. C.S. | | | | | | | | | |
| 185. - Johnson & Johnson C.S. | | | | | | | | | |
| 186. - Pfizer C.S. | | | | | | | | | |
| 187. - Phillips 66 C.S. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 08/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - Transocean Inc. C.S. | | | | | | | | | |
| 189. - Money Market (Cash Equivalents) | | | | | | | | | |
| 190. | | | | | | | | | |
| 191. Trust #2 | E | Dividend | P1 | T | | | | | |
| 192. - Acadia C.S. | | | | | Buy | 10/21/15 | J | | |
| 193. - Agios C.S. | | | | | Buy | 12/07/15 | K | | |
| 194. - Alexion C.S. | | | | | Buy | 05/06/15 | J | | |
| 195. - Amgen Inc. C.S. | | | | | | | | | |
| 196. - Apache Corp. C.S. | | | | | | | | | |
| 197. - Bank of America C.S. | | | | | | | | | |
| 198. - Barrick Gold Corp. C.S. | | | | | | | | | |
| 199. - Berkshire Hathaway (B) C.S. | | | | | | | | | |
| 200. - Biogen C.S. | | | | | Buy | 10/13/15 | L | | |
| 201. - BP ADR (F) | | | | | | | | | |
| 202. - Celgene C.S. | | | | | | | | | |
| 203. - Chevron C.S. | | | | | | | | | |
| 204. - Dow Chemical Co. C.S. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 08/04/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - DuPont Co. C.S. | | | | | Sold | 10/13/15 | J | C | |
| 206. - Exxon C.S. | | | | | | | | | |
| 207. - Freeport McMoran C.S. | | | | | | | | | |
| 208. - General Electric C.S. | | | | | | | | | |
| 209. - Gilead Sciences Inc. C.S. | | | | | | | | | |
| 210. - Johnson & Johnson C.S. | | | | | | | | | |
| 211. - Kinder Morgan C.S. | | | | | | | | | |
| 212. - Medivation C.S. | | | | | | | | | |
| 213. - Merck & Co. C.S. | | | | | | | | | |
| 214. - Pfizer C.S. | | | | | | | | | |
| 215. - Pharmacyclics C.S. | | | | | Sold | 01/26/15 | K | | |
| 216. - Phillips 66 C.S. | | | | | | | | | |
| 217. - Phillips 66 Partners | | | | | | | | | |
| 218. - Rio Tinto ADR (F) | | | | | Sold | 04/28/15 | K | A | |
| 219. - Sanofi Aventis C.S. | | | | | | | | | |
| 220. - Seattle Genetics C.S. | | | | | Sold | 05/28/15 | K | C | |
| 221. - Stemline Therapeutics C.S. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. - Stryker C.S. | | | | | | | | | |
| 223. - Transocean Inc. C.S. | | | | | | | | | |
| 224. - Vale C.S. | | | | | Sold | 09/21/15 | J | | |
| 225. - Wells Fargo C.S. | | | | | | | | | |
| 226. - Whiting Petroleum C.S. | | | | | Buy | 12/08/15 | K | | |
| 227. - Money Market (Cash Equivalents) | | | | | | | | | |
| 228. | | | | | | | | | |
| 229. Trust #3 | B | Dividend | M | T | | | | | |
| 230. - AbbVie C.S. | | | | | Buy | 03/09/15 | J | | |
| 231. - Agios C.S. | | | | | Buy | 03/25/15 | J | | |
| 232. - Berkshire Hathaway (B) C.S. | | | | | | | | | |
| 233. - Celgene C.S. | | | | | Buy | 04/30/15 | J | | |
| 234. - Conoco Phillips C.S. | | | | | | | | | |
| 235. - Dow Chemical Co. C.S. | | | | | | | | | |
| 236. - Encana Corp. C.S. | | | | | | | | | |
| 237. - Exxon C.S. | | | | | Buy | 03/05/15 | J | | |
| 238. - Freeport McMoran Inc. C.S. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 08/04/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. - Gilead Sciences, Inc. C.S. | | | | | | | | | |
| 240. - Merck C.S. | | | | | | | | | |
| 241. - Phillips 66 C.S. | | | | | Buy | 01/14/15 | J | | |
| 242. - Roche C.S. | | | | | Buy | 02/12/15 | J | | |
| 243. - Sanofi C.S. | | | | | Buy | 01/05/15 | J | | |
| 244. - Schlumberger C.S. | | | | | | | | | |
| 245. - Whiting Petroleum C.S. | | | | | Buy | 12/18/15 | J | | |
| 246. - Money Market (Cash Equivalents) | | | | | | | | | |
| 247. Life Insurance -Flexible Premium Adjustable Life Ins. Policy | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 08/04/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 128: Assets held in inherited IRA were transferred and received on February 17, 2015.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ J. Thomas Ray**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544